1  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
2  2100 Garden Road, Suite C
   Monterey, California 93940
3  Telephone:  (831) 372-3700
   Facsimile:   (831) 372-3701
4  nshapiro@nshapiro.com

5  Attorneys for Plaintiff
   PEBBLE BEACH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GLENN R. CALLAHAN, and Individual,<br><br>Defendant. | **Case No. C 08-02920 HRL**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Attached hereto is a Declaration of Service, establishing that defendant Glenn R. Callahan was served with copies of the Summons and Complaint in the above-captioned matter on June 25, 2008, and in accordance with the provisions of Federal Rule of Civil Procedure 4(e)(2)(B)

Dated: July 9, 2008           NEIL L. SHAPIRO
                              LAW OFFICES OF NEIL L. SHAPIRO


                              By____/s/_____
                                 Attorneys for Plaintiff
                                 PEBBLE BEACH COMPANY

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Case No. C 08-02920 HRL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Neil L. Shapiro<br>Neil L. Shapiro, 51547<br>2100 Garden Rd, Suite C<br>Monterey, CA  93940 | (831) 372-3700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
280 S. 1ST ST. ROOM 2112
SAN JOSE, CA  95113

PLAINTIFF:

Pebble Beach Company

DEFENDANT:

Glenn R Callahan

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0802920HRL |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons & Complaint**

ON: Glenn R Callahan

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

26570 Rancho San Carlos Blvd
Carmel Valley, CA 93924

ON: June 25, 2008
AT: 05:32 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANE DOE - white female, 5'5", 140 lbs, blonde hair, blue eyes, 50's - Refused to give name

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 57.50
    County: **Monterey**
    Registration No.: 57
    Sayler Legal Service, Inc.
    455 Reservation Road, Suite E
    Marina, CA 93933
    (831) 384-4030

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 27, 2008.

Signature: _____
           Jazelle Rivera

## PROOF OF SERVICE

Order#: P119612/GProof38

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-FILING

ADR

| | |
|---|---|
| PEBBLE BEACH COMPANY ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| GLENN R. CALLAHAN ) | |
| Defendant ) | C08 02920 HRL |

**Summons in a Civil Action**

To:   Glenn R. Callahan
       *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  _____
JUN 1 2 2008

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*