NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone:    (831) 372-3700
Facsimile:    (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
PEBBLE BEACH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>GLENN R. CALLAHAN, and Individual,<br><br>        Defendant. | **Case No.  C 08-02920 HRL**<br><br>**DECLARATION OF NEIL L. SHAPIRO IN SUPPORT OF REQUEST FOR THE ENTRY OF DEFAULT** |

I, Neil L. Shapiro, declare

1.       I am a member of the bar of this Court, and am the attorney of record for plaintiff Pebble Beach Company in the above-referenced matter.  I have personal knowledge of the matters set forth below and could and would testify thereto if called upon to do so.

2.       The above-captioned matter was filed in this Court on June 12, 2008.  As is set forth in the Proof of Service of Summons and Complaint, filed herein on July 9, 2008, defendant Glenn R. Callahan was served with copies of the Summons and Complaint in the above-captioned matter on June 25, 2008, and in accordance with the provisions of Federal Rule of Civil Procedure 4(e)(2)(B)

3.     The Summons issued by this Court and served on defendant Glenn R. Callahan provides that an answer to the Complaint or a motion in accordance with the provisions of Federal Rule of Civil Procedure 12 must be filed and served within 20 days of service of the Summons and Complaint.  In accordance with the foregoing, a response to the Summons and Complaint was due on July 15, 2008.

4.     I have received no response to the Summons and Complaint, and a check of this Court's records today using PACER confirms that no response has been filed.  Accordingly, on behalf of plaintiff Pebble Beach Company I request the entry of the default of defendant Glenn R. Callahan.

Executed at Monterey, California, this 21st day of July, 2008.  I declare under the laws of the United States of America that the foregoing is true and correct.


_____/s/_____

Neil L. Shapiro

DECLARATION OF NEIL L. SHAPIRO IN SUPPORT OF REQUEST FOR THE ENTRY OF DEFAULT
Case No. C 08-02920 HRL