July 19, 2008

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
Office of the Clerk
United States District Court      C08 02920 HRL
Northern District of California
280 South First Street
San Jose, CA 95113
(408) 535-5363

Neil L. Shapiro, Attorney
2100 Garden Road, Suite C
Monterey, CA 93940
(831) 372-3700

Attorney for Plaintiff
Pebble Beach Company

Defendant
Glenn R. Callahan

Answer to complaint:

Service.   Documents were not delivered to Defendant but were, instead, left at address of Defendant because of the fact that Defendant was out-of-town until the date of July 7, 2008, twelve days ago.

Denial.    All accusations of Plaintiff on Defendant are hereby Denied.

Dated:     July 19, 2008


Glenn R. Callahan

By _____
        Defendant