NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
PEBBLE BEACH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLENN R. CALLAHAN, an Individual,<br><br>　　　　　Defendant. | **Case No. C 08-02920 HRL**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER DEFAULT**<br><br>Date:　　　September 2, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　2 (the Hon. Howard R. Lloyd) |

　　　　　The Motion to Strike Defendant's Answer and Enter Default, filed herein by Plaintiff Pebble Beach Company, came on regularly to be heard before the above-entitled Court on September 2, 2008. Plaintiff Pebble Beach Company appeared by Neil L. Shapiro, and Defendant Glenn R. Callahan appeared *in propria personna*. The Court, having read the papers filed by the parties, having heard argument, and being fully advised in the matter, rules as follows:

　　　　　IT IS HEREBY ORDERED that the Motion is granted; the Answer filed herein by

1  Defendant Glenn R. Callahan is hereby stricken and the default of Defendant Glenn R. Callahan is
2  hereby entered.
3
4  Dated: September __, 2008                    _____
                                                United States Magistrate Judge

2

NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER DEFAULT;
MEMORANDUM OF POINTS AND AUTHORITIES
Case No. C 08-02920 HRL

**PROOF OF SERVICE**

I am a resident of or employed in the county of Monterey. I am over the age of 18 and not a party to the within action, my business address is 2100 Garden Road, Suite C, Monterey, California 93940.

I served the foregoing documents described as **[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER DEFAULT;** on all interested parties in this action as follows:

Glenn R. Callahan
26570 Rancho San Carlos Boulevard
Carmel Valley, CA 93924

**[X]**     **BY MAIL:** The document to which this proof of service is attached will be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Monterey, California, in the ordinary course of business.

**[ ]**     **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the address(es) or to the addressee(s) personally at the location indicated above.

**[ ]**     **BY OVERNIGHT DELIVERY:** I deposited such envelope, with delivery fees paid or provided for, in a box or other facility regularly maintained by Federal Express, or delivered to a driver or courier authorized by Federal Express to receive documents.

**[ ]**     **BY FACSIMILE:** I served the foregoing document by facsimile transmission at the fax number designated above, and then deposited for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of July, 2008, at Monterey, California.

                            _____/s/_____
                                Neil L. Shapiro

3

NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER DEFAULT;
MEMORANDUM OF POINTS AND AUTHORITIES
Case No. C 08-02920 HRL