**United States District Court**
For the Northern District of California

1

2                                         **\*E-FILED 8/7/2008\***

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11    PEBBLE BEACH COMPANY,                    No. C08-02920 HRL

12              Plaintiff,              **CLERK'S NOTICE RE DEADLINE FOR
                                        CONSENT OR DECLINATION TO**
13        v.                            **PROCEED BEFORE A UNITED STATES
                                        MAGISTRATE JUDGE**
14    GLENN R. CALLAHAN,

15              Defendant.
                                          /

16

17        The parties are reminded that this case has been assigned to a magistrate judge. **No

18    later than August 18, 2008**, each party shall file either (1) a Consent to Proceed Before a

19    United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and

20    Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1; FED.R.CIV.P.

21    6. The forms are available from the Clerk of the Court or from the court's website at

22    www.cand.uscourts.gov.

23

24    Dated:    August 7, 2008

25                                          /s/
                                   Chambers of Magistrate Judge Howard R. Lloyd
26

27

28

**United States District Court**

For the Northern District of California

1    **5:08-cv-2920 Notice will be electronically mailed to:**

2    Neil Lloyd Shapiro nlshapiro@sbcglobal.net

3    **5:08-cv-2920 Notice will be mailed to:**

4    Glenn R Callahan
     295 Del Monte Center
5    #270
     Monterey, CA 93940

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28