NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
PEBBLE BEACH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEBBLE BEACH COMPANY

        Plaintiff(s),

v.

GLENN R. CALLAHAN

        Defendant(s).

No. C 08-02920 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/6/08

Signature: [signed]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

# PROOF OF SERVICE

I am a resident of or employed in the county of Monterey. I am over the age of 18 and not a party to the within action, my business address is 2100 Garden Road, Suite C, Monterey, California 93940.

I served the foregoing document described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on all interested parties in this action as follows:

Glenn R. Callahan
26570 Rancho San Carlos Road
Carmel, CA 93923

[X]   **BY MAIL:** The document to which this proof of service is attached will be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Monterey, California, in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the address(s) or to the addressee(s) personally at the location indicated above.

[ ]   **BY OVERNIGHT DELIVERY:** I deposited such envelope, with delivery fees paid or provided for, in a box or other facility regularly maintained by Federal Express, or delivered to a driver or courier authorized by Federal Express to receive documents.

[ ]   **BY FACSIMILE:** I served the foregoing document by facsimile transmission at the fax number designated above, and then deposited for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of August, 2008, at Monterey, California.

*Neil L. Shapiro*

---

PROOF OF SERVICE
Case No. C 08-02920 HRL