UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pebble Beach Company, a California General Partnership,<br><br>   Plaintiff,<br><br> v.<br><br>Glenn R Callahan, an individual,<br><br>   Defendant.<br>_____/ | No. C08-02920<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

  PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 30, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **October 3, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 26, 2008.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 12, 2008          RICHARD W. WIEKING, Clerk
                    United States District Court

                     /s/ *Patty Cromwell*
                   By: Patty Cromwell, Courtroom Deputy
                   to Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Neil Lloyd Shapiro     nlshapiro@sbcglobal.net

Glenn R Callahan
295 Del Monte Center
#270
Monterey, CA 93940