FILED

2008 AUG 26  A 10: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEBBLE BEACH COMPANY,
a California General Partnership

    Plaintiff(s),

v.

GLENN R. CALLAHAN,
an Individual

    Defendant(s).

No. C 08 - 02920 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 18, 2008

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")