NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:   (831) 372-3700
Facsimile:    (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
PEBBLE BEACH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PEBBLE BEACH COMPANY, a California General Partnership, | **Case No.  C 08-02920 JF** |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR BY TELEPHONE** |
| vs. | Date:         October 3, 2008 |
| GLENN R. CALLAHAN, an Individual, | Time:         9:00 a.m.; ~~10:30 A.M.~~ |
| Defendant. | Courtroom:  3 (the Hon. Jeremy Fogel) |

      Neil L. Shapiro, as counsel of record for plaintiff Pebble Beach Company, hereby respectfully requests permission to appear by telephone, through the use of CourtCall, at the hearing on plaintiff's Motion to Strike Answer and Enter Default and the hearing on defendant's Motion to Dismiss, both of which are set for 9:00 a.m. on October 3, 2008.

      Neil L. Shapiro also requests permission to appear by telephone, through the use of CourtCall, at the Case Management Conference set for ~~10:30~~ 9:00 a.m. on October 3, 2008.

Dated:  September 26, 2008        NEIL L. SHAPIRO
                                  LAW OFFICES OF NEIL L. SHAPIRO


                                  By      /s/
                                     Attorneys for Plaintiff
                                     PEBBLE BEACH COMPANY

---

REQUEST TO APPEAR BY TELEPHONE
Case No. C 08-02920 JF

1  **IT IS SO ORDERED**

2

3  Date: __9/30/08_____, 2008        _____
                                              United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

## PROOF OF SERVICE

I am a resident of or employed in the county of Monterey.  I am over the age of 18 and not a party to the within action, my business address is 2100 Garden Road, Suite C, Monterey, California 93940.

I served the foregoing documents described as **REQUEST TO APPEAR BY TELEPHONE** on all interested parties in this action as follows:

Glenn R. Callahan
395 Del Monte Center, No. 270
Monterey, CA 93940

**[X]**   **BY MAIL:** The document to which this proof of service is attached will be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Monterey, California, in the ordinary course of business.

**[ ]**   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the address(es) or to the addressee(s) personally at the location indicated above.

**[ ]**   **BY OVERNIGHT DELIVERY:** I deposited such envelope, with delivery fees paid or provided for, in a box or other facility regularly maintained by Federal Express, or delivered to a driver or courier authorized by Federal Express to receive documents.

**[ ]**   **BY FACSIMILE:** I served the foregoing document by facsimile transmission at the fax number designated above, and then deposited for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of September, 2008, at Monterey, California.

_____/s/_____
Neil L. Shapiro