NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:   (831) 372-3700
Facsimile:    (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
PEBBLE BEACH COMPANY

\*\*E-Filed 11/14/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GLENN R. CALLAHAN, an Individual,<br><br>Defendant. | **Case No.  C 08-02920 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Pebble Beach Company through its counsel of record and Defendant Glenn R. Callahan, *in propria persona*, that the above-captioned matter shall be dismissed with prejudice, each party to bear his or its own attorney's fees and costs.

Dated:  November 4, 2008
NEIL L. SHAPIRO
LAW OFFICES OF NEIL L. SHAPIRO


By _____/s/_____
Attorneys for Plaintiff
PEBBLE BEACH COMPANY

1 | Dated: November 8, 2008                    GLENN R. CALLAHAN

By _____/s/_____
    Glenn R. Callahan, Defendant

7 | Upon the Stipulation of the parties, IT IS SO ORDERED.

9 | Dated: November 14, 2008

_____
United States District Judge